UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| T.S.,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>TOTE SERVICES, LLC<br><br>　　　　　　Defendant. | No.<br><br>**DECLARATION OF TERRI ORTIZ** |

I, Terri Ortiz, declare as follows:

1. I am the Human Resources Manager for TOTE Services, LLC.  I have personal knowledge of the facts set forth herein and, if called as a witness, I could and would testify to the truth of these facts.

2. TOTE Services, LLC is incorporated under the laws of Delaware and has its principal place of business in Jacksonville, Florida.

3. Plaintiff T.S. worked for TOTE Services, LLC from August 2, 2018 until she resigned on February 28, 2019. Attached as Exhibit 1 is a true and correct copy of her pay summary showing the total gross pay she received while working for TOTE Services, LLC.

I declare under penalty of perjury under the laws of the state of Washington the foregoing is true and correct and based on personal knowledge.

DECLARATION OF TERRI ORTIZ - 1
4843-3496-5477v.1 0115159-000001

Executed in Jacksonville, Florida on April 15, 2021.

*/s/ Terri Ortiz*
Terri Ortiz

DECLARATION OF TERRI ORTIZ - 2
4843-3496-5477v.1 0115159-000001

Davis Wright Tremaine LLP
LAW OFFICES
929 108th Ave. NE, Suite 1500
Bellevue, WA 98004
425.646.6100 main · 425.646.6199 fax

EXHIBIT 1

# Pay Summaries - Rollup Totals

Name S███████, T███████

| | YEAR & WEEK | PAY DATE | PERIOD END DATE | GROSS | NET | CHECK / VOUCHER # | CO / FILE # |
|---|---|---|---|---|---|---|---|
| 🏛 | 2019 - 05 - 1 | 02/01/2019 | 01/27/2019 | $198.36 | $0.00 | ███ | ███ |
| 🏛 | 2019 - 03 - 1 | 01/18/2019 | 01/13/2019 | $2,676.58 | $0.00 | ███ | ███ |
| 🏛 | 2019 - 01 - 1 | 01/04/2019 | 12/30/2018 | $2,676.58 | $0.00 | ███ | ███ |
| 🏛 | 2018 - 52 - 1 | 12/27/2018 | 12/23/2018 | $4,926.46 | $0.00 | ███ | ███ |
| 🏛 | 2018 - 50 - 1 | 12/13/2018 | 12/09/2018 | $1,407.56 | $0.00 | ███ | ███ |
| 🏛 | 2018 - 40 - 1 | 10/04/2018 | 09/30/2018 | $3,963.17 | $0.00 | ███ | ███ |
| 🏛 | 2018 - 38 - 1 | 09/20/2018 | 09/16/2018 | $5,139.81 | $0.00 | ███ | ███ |
| 🏛 | 2018 - 36 - 1 | 09/06/2018 | 09/02/2018 | $4,970.66 | $0.00 | ███ | ███ |
| 🏛 | 2018 - 34 - 1 | 08/23/2018 | 08/19/2018 | $4,926.46 | $0.00 | ███ | ███ |
| 🏛 | 2018 - 32 - 1 | 08/09/2018 | 08/05/2018 | $1,407.56 | $0.00 | ███ | ███ |

Earnings Summary

| | | |
|---|---|---|
| Gross Pay | | $ 52,293.20 |
| Regular | Hours: 89.00 | |
| BASE WAGE (field 3) | | $ 31,318.21 |
| HOLIDAY (field 3) | Hours: 3.00 | $ 640.05 |
| MISC NON (field 3) | | $ 92.38 |
| TRANS NON TAX (field 3) | | $ 242.56 |
| Taxes | | $ 7,525.70 |
| Federal Income Tax | | $ 5,080.89 |
| Social Security | | $ 1,981.42 |
| Medicare | | $ 463.39 |
| Deductions | | $ 5,097.47 |
| ALT - ALLOTMENT | | $ 5,097.47 |
| Take Home | | $ 19,670.03 |
| Checking 1 | | $ 19,670.03 |

Other Details

| | |
|---|---|
| Memos | |
| Ship | 90,640.00 |