The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

T.S.,

        Plaintiff,

  v.

TOTE SERVICES, LLC,

        Defendant.

No. 2:21-CV-00520-BJR

**STIPULATED MOTION AND ORDER TO EXTEND DEADLINES**

### I.    STIPULATION

Pursuant to LCR 7(d)(1) and LCR 10(g), Plaintiff T.S. ("T.S.") and Defendant Tote Services, LLC ("Tote Services, LLC"), by and through their undersigned counsel, respectfully request the Court enter the parties' stipulation below.  The parties respectfully submit that good cause exists to extend the case deadlines, as explained below.

There is good cause to adjust the case schedule to accommodate the parties' calendars and to permit orderly and complete discovery.  While both sides are working to complete discovery, they are unable to do so before the current discovery cutoff date of November 17, 2021, due to outstanding discovery and depositions that remain to be completed before both parties can be ready for trial.

STIPULATION AND
ORDER TO EXTEND DEADLINES - 1
(2:21-CV-00520-BJR)

Davis Wright Tremaine LLP
LAW OFFICES
929 108th Avenue NE, Suite 1500
Bellevue, WA  98004-4786
425.646.6100 main · 425.646.6199 fax

Trial is currently set to begin on May 16, 2022.  This is the first continuance of a deadline requested in this matter.  In light of both parties' need to complete additional discovery, the parties stipulate to extend the following case deadlines:

| Case Event | Original Deadline | New Deadline |
| --- | --- | --- |
| Reports from expert witness under FRCP 26(a)(2) due | October 18, 2021 | November 17, 2021 |
| Discovery completed by | November 17, 2021 | February 18, 2022 |
| All dispositive motions must be filed by | December 17, 2021 | March 18, 2022 |
| All motions in limine must be filed by | April 11, 2022 | July 11, 2022 |
| Joint Pretrial Statement | April 18, 2022 | July 18, 2022 |
| Pretrial Conference | May 2, 2022 | August 1, 2022 |
| Trial | May 16, 2022 | August 15, 2022 |

IT IS SO STIPULATED.

Respectfully submitted this 25th day of October, 2021.

LAVENDER RIGHTS PROJECT

By: *s/ Morgan Mentzer*

Morgan Mentzer, WSBA # 47483
1004 MLK Way
Tacoma, WA 98405
Telephone: (206) 412-2578
Email:  morgan@lavenderrightsproject.org

*Attorneys for Plaintiff*

DAVIS WRIGHT TREMAINE LLP

By: *s/ Greg Hendershott*

Greg Hendershott, WSBA # 27838
Margaret Burnham, WSBA #47860
929 108th Ave. NE, Suite 1500
Bellevue, WA 98004
Telephone: (425) 646-6100
Email: greghendershott@dwt.com
          megburnham@dwt.com

*Attorneys for TOTE Services, LLC*

STIPULATION AND
ORDER TO EXTEND DEADLINES - 2
(2:21-CV-00520-BJR)

Davis Wright Tremaine LLP
LAW OFFICES
929 108th Avenue NE, Suite 1500
Bellevue, WA  98004-4786
425.646.6100 main · 425.646.6199 fax

**IT IS SO ORDERED.**

DATED this 2nd day of November, 2021.

_____
BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE

STIPULATION AND
ORDER TO EXTEND DEADLINES - 3
(2:21-CV-00520-BJR)

Davis Wright Tremaine LLP
LAW OFFICES
929 108th Avenue NE, Suite 1500
Bellevue, WA 98004-4786
425.646.6100 main · 425.646.6199 fax