The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| T.S., <br><br> Plaintiff, <br><br> v. <br><br> TOTE SERVICES, LLC, <br><br> Defendant. | No. 2:21-CV-00520-BJR <br><br> **ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINES** |

THIS MATTER having come before the Court on the parties' Stipulated Motion to Extend Deadlines, and the Court having considered the parties' stipulation.

NOW THEREFORE, IT IS ORDERED that the Court finds good cause to continue the trial date and related pretrial deadlines and hereby GRANTS the parties' stipulated motion to extend deadlines.

The new pretrial deadlines and trial date are as follows:

| Case Event | Original Deadline | New Deadline |
|---|---|---|
| Rebuttal reports from Defendant's expert witness under FRCP 26(a)(2) due | January 17, 2022 | February 28, 2022 |
| Discovery completed by | February 18, 2022 | March 18, 2022 |

ORDER GRANTING STIPULATED
MOTION TO EXTEND DEADLINES - 1
(2:21-CV-00520-BJR)

Davis Wright Tremaine LLP
LAW OFFICES
929 108th Avenue NE, Suite 1500
Bellevue, WA  98004-4786
425.646.6100 main · 425.646.6199 fax

| Case Event | Original Deadline | New Deadline |
|---|---|---|
| All dispositive motions must be filed by | March 18, 2022 | April 22, 2022 |
| All motions in limine must be filed by | April 11, 2022 | June 10, 2022 |
| Joint Pretrial Statement | July 18, 2022 | August 26, 2022 |
| Pretrial Conference | August 1, 2022 | September 12, 2022 |
| Trial | August 15, 2022 | September 26, 2022 |

IT IS SO ORDERED.

DATED this 23rd day of December, 2021.

_____
BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE

ORDER GRANTING STIPULATED
MOTION TO EXTEND DEADLINES - 2
(2:21-CV-00520-BJR)

Davis Wright Tremaine LLP
LAW OFFICES
929 108th Avenue NE, Suite 1500
Bellevue, WA  98004-4786
425.646.6100 main · 425.646.6199 fax